**Dismissed and Memorandum Opinion filed November 8, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00531-CV

---

## ROBERT  TAMAYO, Appellant

## V.

## RAMONA  TAMAYO, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1185235**

---

## MEMORANDUM  OPINION

This appeal is from a judgment signed July 6, 2022. The clerk's record was filed August 17, 2022. No brief was filed.

On September 22, 2022, this court issued an order stating that unless appellant filed a brief on or before October 24, 2022, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.